IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:14-cv-01108-WHA-SRW |
| v. | ) |
| BILLY RAY HALL, | ) |
| Defendant. | ) |

**STIPULATED FINAL JUDGMENT OF PERMANENT INJUNCTION AND ORDER AGAINST BILLY RAY HALL**

Plaintiff, the United States of America, and Defendant, Billy Ray Hall, respectfully move the Court for entry of this Stipulated Order of Permanent Injunction and Order, and agree as follows:

1. Pursuant to 26 U.S.C. §§ 7402 and 7408, the United States has filed a complaint to bar Billy Ray Hall from engaging in conduct subject to penalty under 26 U.S.C. §§ 6700 and 6701 and interfering with the proper administration of the internal revenue laws.

2. Billy Ray Hall admits that this Court has personal jurisdiction over him and subject matter jurisdiction over this suit.

3. The parties stipulate to resolve this matter through a Stipulated Final Judgment of Permanent Injunction and Order.

4. Entry of this Stipulated Order of Permanent Injunction resolves only this civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings against Billy Ray Hall, nor precludes Billy Ray Hall from contesting his liability in any other matter or proceeding.

5. The parties waive the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure.

6. The parties understand and agree that this Stipulated Final Judgment of Permanent Injunction and Order is entered under Fed. R. Civ. P. 65 and is a final judgment in this matter.

7. The parties waive the right to appeal from this judgment.

8. The parties agree that they will bear their respective costs, if any, including any attorney's fees or other expenses of this litigation.

9. The parties further understand and agree that the Court will retain jurisdiction over this matter for the purpose of implementing and enforcing the Stipulated Final Judgment of Permanent Injunction and Order. Billy Ray Hall understands that, if he violates the injunction, he may be subject to civil and criminal sanctions for contempt of court.

10. The United States may conduct post-judgment discovery, in accordance with the Federal Rules of Civil Procedure, to monitor good-faith compliance with the injunction.

11. On the above basis, Billy Ray Hall consents to the entry of this Stipulated Final Judgment of Permanent Injunction and Order without further notice and agrees to be bound by its terms.

//

//

//

**ORDER**

**IT IS HEREBY ORDERED** pursuant to 26 U.S.C. §§ 7401, 7402, and 7408 that Defendant Billy Ray Hall, and his agents, servants, employees, attorneys, and/or anyone in active concert or participation with him, are **HEREBY PERMANENTLY ENJOINED** from directly or indirectly:

a. Organizing, promoting, marketing, or selling any plan or arrangement that advises or assists taxpayers to attempt to violate the internal revenue laws, unlawfully evade the assessment or collection of their tax liabilities, understate their tax liabilities, or claim tax refunds to which they are not entitled, including promoting or selling the use of fraudulent IRS Forms 1099 or other fraudulent IRS forms based on the false claims that:

   i. Taxpayers have secret accounts with the United States Treasury Department, which they can use to pay their debts or which they can draw on for tax refunds through a process often called "redemption," "commercial redemption," or "recoupment" by promoters of this and similar tax-fraud schemes;

   ii. Taxpayers can use IRS Forms 1099, bonded promissory notes, or other documents to draw funds from the United States Treasury to pay their tax debts or other debts;

   iii. Taxpayers can report the debts they owe to creditors on IRS Forms 1099 as "income received" from the creditors and the same or similar amounts as "income tax withheld" by those creditors, transfer those amounts onto their tax returns, and file them with the IRS;

   iv. Taxpayers can "satisfy" a debt, including a tax debt, by stamping a document related to that debt with the words "accepted for value" or similar frivolous or nonsensical language;

 b. Engaging in any other conduct subject to penalty under 26 U.S.C. § 6700, including organizing, promoting, or selling (or assisting in organizing, promoting, or selling or participating in the sale of) any plan or arrangement and making, or causing another person to make, a statement with respect to the securing of any tax benefit which Hall knows or has reason to know is false or fraudulent as to any material matter;

 c. Engaging in any other conduct subject to penalty under 26 U.S.C. § 6701, including assisting or advising others with regards to the preparation of any portion of a federal tax return or any other document that he knows (or has reason to believe) will be used in connection with a material matter arising under the internal revenue laws and which Hall knows would result in the understatement of tax liability of another person;

 d. Aiding and abetting the filing of frivolous IRS Forms 1040, Forms 1040X, Forms 1099, or other IRS forms for themselves or others;

 e. Engaging in any other activity subject to penalty under the Internal Revenue Code, 26 U.S.C.; and

 b. Misrepresenting any of the terms of this Order.

**IT IS FURTHER ORDERED** that the United States may conduct post-judgment discovery to monitor compliance with the injunction; and

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this action for the purpose of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

**IT IS SO ORDERED.**

Signed this 10th day of November, 2014.

<u>/s/ W. Harold Albritton</u>
W. HAROLD ALBRITTON
United States District Judge

Prepared by:

GEORGE L. BECK, JR.
United States Attorney

| | |
|---|---|
| SHERRA WONG, NY #4894895 | BILLY RAY HALL |
| Trial Attorney, Tax Division | Reg. No. 13658-002 |
| U.S. Department of Justice | FCI Jesup |
| Post Office Box 7238 | Federal Correctional Institution |
| Washington, D.C. 20044 | 2680 301 South |
| Telephone: (202) 616-1882 | Jesup, GA 31599 |
| Fax: (202) 514-6770 | |
| E-mail: sherra.t.wong@usdoj.gov | |
| Attorneys for Plaintiff | Defendant |